UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN,<br><br>       Plaintiff,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al*.,<br><br>       Defendants. | Civil Action No. 20-2949 (APM) |

## JOINT STATUS REPORT

The United States Department of Health and Human Services ("HHS") and National Institutes of Health ("NIH") (collectively, "Defendants"), and Plaintiff Public Citizen, by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's November 4, 2021, Minute Order.

1. With respect to the FOIA request to HHS, as previously reported, the Parties have agreed that HHS will process 400 records in response to the first part of the request each month, with each production occurring by the sixth day of each month. Most recently, on November 8, 2021, HHS released 78 pages and today, on December 6, 2021, released 10 pages to Public Citizen, with redactions. HHS will make its next release of records on January 6, 2021. In addition, HHS expects to release by the end of this week additional records that it processed in August, September, or October and then submitted to a commercial entity for pre-disclosure notification.

2. With respect to the second part of the HHS request, as previously reported, Public Citizen and HHS agreed that, instead of having the FOIA office or contractors enter search terms in a database of agency records, HHS would have the custodians conduct a search of their own

files. On October 18, 2021, HHS informed Public Citizen that it located 506 pages in response to this search.

3. Regarding Plaintiff's FOIA request to NIH, on October 20, 2021, Public Citizen provided NIH with narrower search terms. On November 10, 2021, NIH informed Public Citizen that the narrowed search resulted in 8,219 pages of emails, plus attachments. Public Citizen and NIH continue to discuss the parameters of the search. In particular, Public Citizen has asked NIH whether, instead of having the FOIA office or contractors enter search terms in a database of agency records, NIH would be willing to have the custodians conduct a search of their own files. NIH will inform Public Citizen by December 23, 2021, whether it is willing to conduct such a search.

4. The Parties request that Court allow them to file a Joint Status Report by January 11, 2022, to update the Court on the progress of this case.

Dated: December 6, 2021

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK,
Acting Chief, Civil Division

By: /s/ Stephanie R. Johnson
STEPHANIE R. JOHNSON
Assistant United States Attorney
D.C. Bar # 1632338
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 252-7874
stephanie.johnson5@usdoj.gov

*Counsels for Defendants*

*/s/ Adina H. Rosenbaum*
Adina H. Rosenbaum
D.C. Bar. No. 490928

Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org

*Counsel for Plaintiff*

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN,<br><br>            Plaintiff,<br><br>      v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br>*et al.*,<br><br>            Defendants. | Civil Action No. 20-2949 (APM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Status Report, and the entire record herein, it is hereby

ORDERED that the Parties shall file a joint status report by January 11, 2022,

It is SO ORDERED this _____ day of _____, 2021.

_____
AMIT P. MEHTA
UNITED STATES DISTRICT COURT JUDGE